No. 12–470. ALEXANDER, SECRETARY, PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE, ET AL. v. LEWIS ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–477. DUKE ENERGY INTERNATIONAL, INC., ET AL. v. WILLIAMS ET AL. C. A. 6th Cir. Certiorari denied.

No. 12–514. MYLAN PHARMACEUTICALS INC. ET AL. v. EURAND, INC., NKA APTALIS PHARMATECH, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 12–537. MCKAY v. CHICAGO TRANSIT AUTHORITY. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 12–538. JORDAN v. SUPREME COURT OF LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 12–548. ROBB ET VIR v. RAHI REAL ESTATE HOLDINGS LLC ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–555. MORGAN v. UNION PACIFIC RAILROAD CO. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 12–556. SANTIAGO PEREZ v. ROZUM, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SOMERSET, ET AL. C. A. 3d Cir. Certiorari denied.

No. 12–568. PIERSON v. ORLANDO HEALTH, FKA ORLANDO REGIONAL HEALTHCARE SYSTEMS, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 12–569. STORA ENSO NORTH AMERICA v. PARLIAMENT PAPER, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 12–571. APOTEX, INC., ET AL. v. OTSUKA PHARMACEUTICAL CO., LTD. C. A. Fed. Cir. Certiorari denied.